# Exhibit 1

Although you should read that if you have time. It's worth it. lmfao

- January 31
- 

1/31, 1:46pm
**Leah O'Shea**

My new phone number is (417) 812-3381 but it will not be activated until tomorrow. My landline is (603) 383-3166. I know you're rightfully furious with me, but I hope you will at least let me explain. Your friendship (or at the very least, that you don't believe I'd say those terrible things about you) is more important to me than any job.

I'm sorry I let you all down, Icarus.

- 

1/31, 1:49pm
**Icarus Deum Verum**

Well I will always think of you as a friend

You did let me down

- 

1/31, 1:52pm
**Leah O'Shea**

I know. I'm not even going to try and make any excuses. Let me know when you're ready to talk.

- 

1/31, 2:00pm
**Icarus Deum Verum**

I'm just sitting in a loud restaurant. I don't know what there is to say.

This guy tried to blackmail me and outed me

tried to get you fired

- 

1/31, 2:01pm
**Leah O'Shea**

**EXHIBIT 1**

I know



1/31, 2:01pm
**Icarus Deum Verum**

and you STILL talked to him

then shared our convos

he has screenshots of convos that I know I had with you

It doesn't make any sense; like what did you get out of it?

how did you let this guy pay for your phone bill



1/31, 2:02pm
**Leah O'Shea**

I wasn't thinking straight at all.

I didn't

I paid it

I fucked up

But you know I told you his plan immediately

I got in over my head.



1/31, 2:03pm
**Icarus Deum Verum**

you told me that you knew he was going to do xyz

I thought this was through someone else



1/31, 2:03pm

**Leah O'Shea**

I have a timeline of events and all the conversations I had with him right before he did all this.


1/31, 2:03pm
**Icarus Deum Verum**

I'm just blown away


1/31, 2:04pm
**Leah O'Shea**

He admits he lied and only wants revenge and will do anything to get it.

The only reason (not excuse, there is none) I can give you is that I was not at all myself. PTSD, major concussion, suicidal. I don't remember things I did. I should have taken a leave of absence.


1/31, 2:06pm
**Leah O'Shea**


1/31, 2:06pm
**Icarus Deum Verum**

I can't think of how Matt and I could have been any better to you


1/31, 2:06pm
**Leah O'Shea**

I'd like for you to read that at some point


1/31, 2:07pm
**Icarus Deum Verum**

you did take off

you took off for a long time

we let you do as you please

you went 3 months basically out of whack - not engaged

and we just let it happen


1/31, 2:07pm
**Leah O'Shea**

I should have removed myself from work all together

I checked in daily, but I hear you.

I have felt like every time we get footing, something major changes that I have no control over and that does frustrate me. I'm sorry, Icarus.


1/31, 2:08pm
**Icarus Deum Verum**

I really am just floored

you don't befriend the person who tried to blackmail you

and tried to get you fired


1/31, 2:09pm
**Leah O'Shea**

More because of the things you think I said about you that I didn't say

I know


1/31, 2:09pm
**Icarus Deum Verum**

and outed me


1/31, 2:09pm
**Leah O'Shea**

I didn't make good choices

That part..


1/31, 2:09pm
**Icarus Deum Verum**

you shared private convos

period

that's undeniable

forget that you ripped us to shreds


1/31, 2:09pm
**Leah O'Shea**

I promise you I did not realize the extent of his "outing"


1/31, 2:10pm
**Icarus Deum Verum**

you shared our convos - private business communications

how could you not realize that extent


1/31, 2:10pm
**Leah O'Shea**

That bothers me more than anything though because I didn't say most of those things.

